**STATE of Missouri, Respondent,**

v.

**Dennis FOSTER, Appellant.**

**No. ED 89335.**

Missouri Court of Appeals,
Eastern District,
Division Two.

March 11, 2008.

Nancy A. McKerrow, Columbia, MO, for appellant.

Shaun J. Mackelprang, Stephanie L. Wan—co-counsel, Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., BOOKER T. SHAW, J., KURT S. ODENWALD, J.

***ORDER***

PER CURIAM.

Defendant, Dennis Foster, appeals from the judgment entered after a jury found him guilty of trafficking drugs in the second degree. On appeal, defendant argues that the trial court erred in admitting certain evidence.